CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-04186

Cornell v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Melinda Harmon
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/10/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Barbara A. Cornell**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3292530) filed by Barbara A. Cornell. (Attachments: # 1 Civil Cover Sheet Barbara A. Cornell)(Alexander, David) (Entered: 12/10/2007) |
| 12/11/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/1/2008 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy.( Signed by Judge Melinda Harmon ) Parties notified.(mmapps, ) (Entered: 12/11/2007) |
| 12/21/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Barbara A. Cornell, filed.(Alexander, David) (Entered: 12/21/2007) |
| 02/14/2008 | | ELECTRONIC Interdistrict transfer to RHODE ISLAND., filed. (jdav, ) |

| | | |
|---|---|---|
| | | (Entered: 02/14/2008) |
| 02/14/2008 | 4 | JPML CONDITIONAL TRANSFER ORDER (13) (certified copy) transferring case to RHODE ISLAND to be included in MDL Docket No. 1842. Case terminated on 2/14/2008.() Parties notified.(jdav, ) (Entered: 02/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2008 09:48:58 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-04186 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |